DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUNIOUS HAYES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-504

_____

November 22, 2023

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Bryant R. Camareno of Bryant R. Camareno, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.